**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVIA NEVAREZ, | Case No.:  2:26-cv-00631-NJK |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S BRIEF** |
| vs. | (FIRST REQUEST) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Silvia Nevarez and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from May 15, 2026 to June 12, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for Social

-1-

Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to continue evaluating the administrative record and to confer with Plaintiff regarding the appropriate course of action moving forward.

DATE: May 15, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: _____
Marc V. Kalagian
Attorney for plaintiff Silvia Nevarez

DATE: May 15, 2026          SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: _____

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED: _____

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2026 _____

_____

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-