**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SILVIA NEVAREZ, | ) Case No.: 2:26-cv-00631-NJK |
| | ) ORDER GRANTING |
| | ) STIPULATION FOR DISMISSAL; |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

TO THE HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Silvia Nevarez ("Plaintiff") and FRANK BISIGNANO as the Commissioner of Social Security ("Defendant"),

-1-

that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: June 1, 2026          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: _____
Marc V. Kalagian
Attorney for plaintiff Silvia Nevarez

DATE: June 1, 2026          SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

_____

CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Attorneys for Defendant FRANK BISIGNANO,
Commissioner of Social Security
(Per e-mail authorization)

The Clerk's Office is INSTRUCTED to close this case.

IT IS SO ORDERED:

_____
HON. NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: June 4, 2026 _____

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-